6th Cir. Certiorari denied.

No. 75–524. HYSTER CO. *v.* EMPLOYEES ASSOCIATION OF KEWANEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–1402. UNITED STATES *v.* KARATHANOS ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1562. UNITED STATES STEEL CORP. *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5873. PRESCIMONE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5196. HOUSE *v.* GEORGIA. Sup. Ct. Ga.

No. 74–6207. ROSS *v.* GEORGIA. Sup. Ct. Ga.

No. 74–6547. MOORE *v.* GEORGIA. Sup. Ct. Ga.

No. 74–6557. McCORQUODALE *v.* GEORGIA. Sup. Ct. Ga.

No. 74–6736. JARRELL *v.* GEORGIA. Sup. Ct. Ga.

No. 75–5022. MITCHELL *v.* GEORGIA. Sup. Ct. Ga.

No. 75–6250. SMITH, AKA MACHETTI *v.* GEORGIA. Sup. Ct. Ga.

No. 75–6536. MASON *v.* GEORGIA. Sup. Ct. Ga.